UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

------------------------------------------------------x
| | |
|---|---|
| MILTON CAYETTE, an individual, | CASE NO.: 3:16-cv-786-JJB-EWD |
| Plaintiff, | Judge: James J. Brady |
| vs. | Magistrate Judge: Erin Wilder-Doomes |
| SPEEDY JUNCTION, INC. and P. & S. PETROLEUM, INCORPORATED | |
| Defendant. | |

------------------------------------------------------x

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

NEW ORLEANS, LOUISIANA, this __28th__ day of __July__, 2017.

_____
JUDGE

JURY